**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **BILLINGNETWORK PATENT, INC.,** | |
| **Plaintiff,** | **Case No.** |
| **v.** | |
| **THEMIS SOLUTIONS INC.,** | |
| **Defendant.** | **JURY TRIAL DEMANDED** |

<u>**COMPLAINT FOR PATENT INFRINGEMENT**</u>

Plaintiff Billingnetwork Patent, Inc. ("BNP") complains of Themis Solutions Inc. ("Themis") as follows:

**NATURE OF LAWSUIT**

1.      This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of this case under 28 U.S.C. §§ 1331 and 1338(a).

**THE PARTIES**

2.      Billingnetwork Patent, Inc. is a Florida corporation that has its principal place of business at 440 North Wells Street, Suite 640, Chicago, Illinois 60654. BNP owns United States Patent No. 6,374,229 (the "'229 Patent") which is entitled "Integrated Internet Facilitated Billing, Data Processing and Communication System," which issued on April 16, 2002. (Exhibit A). BNP has the exclusive right to license and enforce the '229 Patent and to collect all damages for infringement. BNP also has standing to sue for infringement of the '229 Patent.

3.      Upon information and belief, Themis is a Canadian corporation with its principal place of business at 999 Canada Place, Suite 404, Vancouver, British Columbia, V6C 3E2, Canada.

## JURISDICTION AND VENUE

4.     Themis owns, operates and conducts business through its website www.goclio.com in this judicial district and throughout the United States.

5.     This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1331 and 1338(a).

6.     This Court has personal jurisdiction over the Defendant because the Defendant operates and conducts business through the interactive website www.goclio.com in the state of Illinois and offers for sale and sells services that are covered by the claims of the '229 Patent in this judicial district. For example, Themis advertises "Clio Certified Consultant(s)" in the State of Illinois.

7.     Themis is currently doing business in this judicial district, has purposefully availed itself of the privilege of conducting business with residents of this judicial district, has purposefully reached out to residents of this judicial district, and has established sufficient minimum contacts with the State of Illinois such that it should reasonably and fairly anticipate being haled into court in Illinois.

8.     Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b).

## COUNT I – PATENT INFRINGEMENT
## UNITED STATES PATENT NO. 6,374,229

9.     BNP realleges and incorporates by reference paragraphs 1 through 8, inclusive, as though fully set forth herein.

10.     Themis owns the website www.goclio.com and/or related URLs.

11.     Themis operates the website www.goclio.com and/or related URLs.

12.    Themis provides on its website www.goclio.com and/or related URLs its Clio software.

13.    Themis's Clio software includes one or more database servers.

14.    Themis provides on its website www.goclio.com a homepage accessible through the internet by users of the Clio software.

15.    Themis provides on its website www.goclio.com a homepage which provides access to the one or more database servers to users of the Clio software.

16.    Themis provides on its website www.goclio.com a homepage which a user must enter a user ID and password to obtain access to the user's account.

17.    Themis provides on its website www.goclio.com a homepage which a user must enter a user ID and password to obtain access to the user's account, thereby providing only secure access to the system.

18.    The Clio system includes a means for providing electronic transfer of billing and data entry forms to a user.

19.    The Clio system produces billing invoices and statements to clients and customers of the user.

20.    The Clio system provides a user with a means to view and query data and billings information in the one or more database servers.

21.    The Clio system includes a PC type computer electronically connected to the one or more database servers.

22.    Themis has indirectly infringed and continues to indirectly infringe Claim 1 of the '229 Patent under 35 U.S.C. § 271(b) by knowingly and actively inducing infringement of the claim. Themis has had knowledge of the '229 Patent by at least as early as the filing of this

Complaint. Themis has knowingly and actively induced infringement of Claim 1, for example, by creating, providing and promoting its www.goclio.com website, and by instructing, aiding, assisting and encouraging the use, purchase and/or license of its Clio system in a manner that infringes Claim 1 of the '229 Patent. The direct infringers of those claims that are being induced by Themis include, without limitation, its customers, clients, subscribers and/or users that use, purchase and/or license its Clio system in the United States by controlling the system and obtaining beneficial use of the system.

23. Themis has also indirectly infringed and continues to indirectly infringe Claim 1 of the '229 Patent under 35 U.S.C. § 271(c) through, among other things, making and/or using its Clio system and by instructing, aiding, assisting, authorizing, advertising, marketing, promoting, providing for and/or encouraging the us, purchase and/or license of its Clio system, which constitutes a material part of the patented system of Claim 1 of the '229 Patent, which Themis knows is especially made or adapted for use in an infringement of Claim 1 of the '229 Patent, and which is not a staple article of commerce suitable for substantial non-infringing use. The direct infringers for Themis's contributory infringement under 35 U.S.C. § 271(c) include, without limitation, its customers, clients, subscribers and/or users that use, purchase and/or license its Clio system by controlling the system and obtaining beneficial use of the system.

24. The acts of infringement of the '229 Patent by the Defendant have injured BNP, and BNP is entitled to recover damages adequate to compensate it for such infringement from the Defendant, but, in no event less than a reasonable royalty.

25. Further, the acts of infringement of the '229 Patent by the Defendant have injured and will continue to injure BNP unless and until this Court enters an injunction prohibiting further inducement to infringe and contributory infringement of the '229 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff BNP respectfully requests that this Court enter judgment against the Defendant, Themis, and against its respective subsidiaries, successors, parents, affiliates, officers, directors, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A.      An award of damages adequate to compensate BNP for the infringement that has occurred, together with prejudgment interest from the date infringement of the '229 Patent began, but, in no event less than a reasonable royalty as permitted under 35 U.S.C. § 284;

B.      A finding that this case is exceptional and an award to Plaintiff of its attorneys' fees and costs as provided under 35 U.S.C. § 285;

C.      A permanent injunction prohibiting further inducement to infringe and contributory infringement of the '229 Patent; and

D.      Such other relief that Plaintiff is entitled to under law, and any other and further relief that this Court or a jury may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues presented in this Complaint.

Dated: November 14, 2013                    Respectfully submitted,

                                            */s/ Ashley E. LaValley*
                                            Timothy J. Haller
                                            Joseph A. Culig
                                            Ashley E. LaValley
                                            NIRO, HALLER & NIRO
                                            181 West Madison Street, Suite 4600
                                            Chicago, IL 60602
                                            Phone: (312) 236-0733
                                            Fax: (312) 236-3137
                                            haller@nshn.com
                                            jculig@nshn.com
                                            alavalley@nshn.com

                                            ***Attorneys for Plaintiff, Billingnetwork Patent,
                                            Inc.***