# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

BillingNetwork Patent, Inc.
                    Plaintiff,

v.                                    Case No.: 1:13−cv−08173
                                      Honorable Rebecca R. Pallmeyer

Themis Solutions Inc.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 18, 2014:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to plaintiff's notice of voluntary dismissal, this cause is dismissed. Civil case terminated. Mailed notice(meg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.